# UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT
Chicago, Illinois  60604


January 19, 2007


Hon. JOEL M. FLAUM, Circuit Judge

Hon. DANIEL A. MANION, Circuit Judge

Hon. ANN CLAIRE WILLIAMS, Circuit Judge



| | |
|---|---|
| VALI AND DHURATA BOCI, | ] On Petition for Review of |
| | ] an Order of the Board of |
| *Petitioners,* | ] Immigration Appeals. |
| | ] |
| | ] Cases Nos. A-79-437-236, |
| No. 05-3231          v. | ] & A-79-437-241 |
| | ] |
| ALBERTO R. GONZALES, | ] |
| | ] |
| *Respondent.* | ] |


### O R D E R

The opinion issued in the above-entitled case on January 12, 2007 is hereby amended as follows:

On Page 11, in the first full paragraph, lines 16 -22, please delete:

Questioning by the IJ may cross the line, however, when it "becomes so aggressive that if frazzles applicants and nitpicks inconsistencies," thus distorting the record. *Giday v. Gonzales,* 434 F.3d 543, 549 (7th Cir. 2006).  Here, the IJ's questioning, although extensive at times, was not so aggressive as to distort the record.

And replace with:

> We have previously expressed the view that immigration judges
> should work to meet this obligation with patience and decorum,
> but we have stated that a less than desirable demeanor, in
> and of itself, does not violate due process. *See Diallo,*
> 381 F.3d at 70. Accordingly, the Bocis' due process claim
> cannot succeed.